**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **STEPHEN L. WILGUS** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION 6:17cv478** |
| | § | |
| **COMMISSIONER, SOCIAL** | § | |
| **SECURITY ADMINISTRATION** | § | |

**ORDER ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED**
**STATES MAGISTRATE JUDGE**

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation (ECF 21), filed on July 18, 2019, recommends that the decision of the Commissioner be affirmed and that the complaint be dismissed with prejudice. No written objections have been filed. The Court therefore **ADOPTS** the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED** and this Social Security action is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

So **ORDERED** and **SIGNED** **August 6, 2019.**

_____
Ron Clark, Senior District Judge